UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2207(DSD/SRN)

Savoy Hardy, et al.,

Plaintiffs,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Coca-Cola Enterprises, Inc., et al.,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: September 28, 2000

David S. Doty, Judge
U.S. District Court

FILED SEP 29 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

Pursuant to an Order of Disqualification, this case is reassigned to Judge Donald D. Alsop. Magistrate Judge Susan R. Nelson remains the magistrate.

NEW CASE NUMBER 00-2207 DDA/SRN

Use this case number for all further filings.