**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SAVOY HARDY, et al.,**

**Civil No. 00-2207 (DDA/SRN)**

**Plaintiffs,**

**v.**

**O R D E R**

**COCA-COLA ENTERPRISES, INC., d/b/a MIDWEST COCA-COLA BOTTLING COMPANY and THE COCA-COLA BOTTLING COMPANY OF CEDAR RAPIDS,**

**Defendant.**

---

Lori C. Peterson, Esq., on behalf of Plaintiffs.

C. Maurice Nicely, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned Magistrate Judge of District Court on February 22, 2001, on a tele-conference request by the Plaintiffs for issuance of a stay in discovery pending the Plaintiffs' acquisition of new counsel. The Plaintiffs' request for a 30 day stay in discovery is granted. There will be, however, no change to the Pretrial

FEB 22 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Schedule governing this matter.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The Plaintiffs' request for a 30 day stay in discovery pending the Plaintiffs' acquisition of new counsel is granted. The deadlines set forth in the November 14, 2000 Pretrial Scheduling Order shall, however, remain in full effect.

Dated: February 22, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge