**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SAVOY HARDY, TONODUS HOWARD, CLEVELAND MCCALISTER, ANTHONY PRINTUP, LILLIAN OTIENO, ABDUL SMITH, CARL SMITH, CHARLES STINGER, MICHAEL TIMS, and GREGORY TRAYLOR,**

**Plaintiffs,**

**Civil No. 00-2207 (DDA/SRN)**

**v.**

**O R D E R**

**COCA-COLA ENTERPRISES, INC., d/b/a MIDWEST COCA-COLA BOTTLING COMPANY and THE COCA-COLA BOTTLING COMPANY OF CEDAR RAPIDS,**

**Defendants.**

---

Lori C. Peterson, Esq., and Tracy N. Tool, Esq., on behalf of Plaintiffs.

Marnie Polhamus, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on March 13, 2001, on a motion by Plaintiffs' counsel Lori Peterson & Associates and the lawyers of that

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

firm, to withdraw as counsel of record for the six remaining Plaintiffs.[1] The motion is brought pursuant to Local Rule 83.7, Local Rules for the United States District Court for the District of Minnesota, and is based on the Affidavit of Lori C. Peterson. Defendant Coca-Cola Enterprises, Inc. does not oppose this motion.

For good cause shown pursuant to the requirements of Local Rule 83.7(c), the Court grants the motion by the law firm of Lori Peterson & Associates to withdraw as counsel for the remaining Plaintiffs. This ruling is based on the attested irreparable breakdown in communication amongst counsel and the remaining Plaintiffs, and the fact that Plaintiff Tims and Abdul Smith have discharged counsel. See Affidavit of Lori C. Peterson. Ms. Peterson also states that she has timely informed all remaining Plaintiffs of this motion, of the Plaintiffs' discovery obligations, of the Court's pretrial scheduling Order, of the Plaintiffs' obligations to follow the Court's orders, and of possible sanctions and other repercussions of any failure to comply with discovery. Id. And finally, Ms. Peterson informed the Court that all of the remaining Plaintiffs agree to the requested withdrawal of counsel and, in an effort to assist the remaining Plaintiffs in locating new counsel, she has given them names of

---

[1] Counsel for Plaintiffs informed the Court that as of March 13, 2001, Tonodus Howard, Abdul Smith, Carl Smith, Charles Stringer, Michael Tims, and Gregory Traylor remain as Plaintiffs in this matter.

other attorneys to contact.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The motion by Plaintiffs' counsel, Lori Peterson & Associates, and the lawyers of that firm, for an order allowing them to withdraw as counsel of record for the six remaining Plaintiffs (Doc. No. 14) is **GRANTED**.

Dated: March 14, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge