IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TONODUS HOWARD, ABDUL SMITH, CARL SMITH, CHARLES STRINGER, MICHAEL TIMS AND GREGORY TRAYLOR,

Plaintiffs,

vs.

COCA-COLA ENTERPRISES INC. d/b/a MIDWEST COCA-COLA BOTTLING COMPANY and THE COCA-COLA BOTTLING COMPANY OF CEDAR RAPIDS,

Defendant.

**Case No. 00-2207** DDA/SRN

**STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Coca Cola and Plaintiffs, through their respective undersigned counsel, that the Pretrial Scheduling Order dated November 14, 2000, be amended to allow the following:

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by December 1, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Plaintiffs on or before October 1, 2001

b. By Defendant on or before November 5, 2001

FILED MAY 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. No more than 25 interrogatories [counted in accordance with Fed. R.Civ.P. 33(a)] shall be served by any party, except that Defendant may serve 25 interrogatories on each party.

4. No more than 10 depositions, excluding expert witness deposition, shall be taken by any party. Each party shall take no more than 4 expert depositions.

**Non-Dispositive Motions**

1. All motions which seek to amend the pleadings or add parties must be served by February 15, 2001.

2. All other non-dispositive and supporting documents including those which relate to discovery shall be served and filed by December 17, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by February 4, 2001.

2. All dispositive motions shall be scheduled, filed and serv ed in compliance with Local Rule 7.1

**Trial**

This case shall be ready for TRIAL (JURY) on March 4, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2-4 weeks.

THE COOPER LAW FIRM, CHARTERED

May 15, 2001

By: ______________________

Stephen W. Cooper, Lic. 18788
Stacey R. Everson, Lic. 219277
Kathryn J. Cima, Lic. 228059
4747 First Bank Place
601 Second Ave. S.
Minneapolis, MN 55402
(612)-332-9002

ATTORNEYS FOR PLAINTIFFS

FELHABER, LARSON, FENLON & VOGT, P.A.

Date: 5/18/01

By: ______________________

Penelope J. Phillips, # 200876
601 Second Avenue South, #4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

MILLER & MARTIN, LLP
T. Harold Pinkley, Tennessee Bar No. 09830
Maury Nicely, Tennessee Bar No. 018997
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
(423)756-6600

ATTORNEYS FOR DEFENDANT

**ORDER**

**IT IS SO ORDERED.**

Dated: May 18, 2001

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

No further extensions will be granted.