IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SAVOY HARDY, TONODUS HOWARD, CLEVELAND McCALISTER, ANTHONY PRINTUP, LILLIAN OTIENO, ABDUL SMITH, CARL SMITH, CHARLES STRINGER, MICHAEL TIMS AND GREGORY TRAYLOR,

Plaintiffs,

vs.

COCA-COLA ENTERPRISES INC. d/b/a MIDWEST COCA-COLA BOTTLING COMPANY and THE COCA-COLA BOTTLING COMPANY OF CEDAR RAPIDS,

Defendant.

Case No. 00-2207 DDA/SRN

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, through their undersigned counsel, that the Pretrial Scheduling Order dated November 14, 2000, as amended on May 18, 2001, be amended to clarify the following:

Currently, the amended Pretrial Scheduling Order provides that "All dispositive motions shall be served, filed, and heard by February 4, 2001." This portion of the amended order should properly have read that "All dispositive motions shall be served, filed, and *scheduled for hearing* by February 4, *2002*." In order to clear up these inadvertent errors, therefore, Defendant respectfully requests that the amended pretrial scheduling order be revised as follows:

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled for hearing by February 4, 2002.

THE COOPER LAW FIRM, CHARTERED

Date: 10/22/01

By: ____________________
Stephen W. Cooper, Lic. 18788
Kathryn J. Cima, Lic. 228059

4747 First Bank Place
601 Second Avenue S.
Minneapolis, MN 55402
(612) 332-9002

Attorneys for Plaintiffs

Date: 10/12/01

MILLER & MARTIN LLP

By: ____________________
T. Harold Pinkley, TN Bar No. 09830
Maury Nicely, TN Bar No. 018997

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

FELHABER, LARSON, FENLON & VOGHT
Penelope J. Phillips
601 2nd Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321
Facsimile: (612) 338-0535

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: October 25, 2001

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

::ODMA\PCDOCS\DOCS\914001\1