IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SAVOY HARDY, TONODUS HOWARD, CLEVELAND McCALISTER, ANTHONY PRINTUP, LILLIAN OTIENO, ABDUL SMITH, CARL SMITH, CHARLES STRINGER, MICHAEL TIMS AND GREGORY TRAYLOR, | ) | Case No. 00-2207 |
| Plaintiffs, | ) | |
| vs. | ) | |
| COCA-COLA ENTERPRISES INC. d/b/a MIDWEST COCA-COLA BOTTLING COMPANY and THE COCA-COLA BOTTLING COMPANY OF CEDAR RAPIDS, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL** AND ORDER

COME NOW the parties, Plaintiffs, Savoy Hardy, Tonodus Howard, Cleveland McCalister, Anthony Printup, Lillian Otenio, Abdul Smith, Carl Smith, Charles Stringer, Michael Tims, and Gregory Traylor, and Defendant Coca-Cola Enterprises Inc., d/b/a Midwest Coca-Cola Bottling Company, and file this Stipulation of Dismissal With Prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted this 12 day of June, 2002.

JUL 0 1 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

MILLER & MARTIN LLP

By: ______________________
T. Harold Pinkley, TN Bar No. 09830
Maury Nicely, TN Bar No. 018997

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480

Penelope J. Phillips
FELHABER, LARSON, FENLON & VOGHT
601 2nd Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
Telephone: (612) 339-6321
Facsimile: (612) 338-0535

Attorneys for Defendant

IT IS SO ORDERED
______________________
Donald D. Alsop
Senior U.S. District Judge
DATED: July 1, 2002

THE COOPER LAW FIRM, CHARTERED

By: ______________________
Stephen W. Cooper

800 Ceresota Building
155 Fifth Avenue South
Minneapolis, MN 55401
Telephone: (612) 338-3533
Facsimile: (612) 338-3596

Attorneys for Plaintiffs